CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED
OCT 1 5 2009
JOHN F. CORCORAN, CLERK
BY: /s/ , DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RUSSELL L. EBERSOLE,<br>　　Plaintiff, | Civil Action No. 7:08cv00503 |
| v. | ORDER |
| NORTHWESTERN REGIONAL ADULT<br>DETENTION CENTER, et al.,<br>　　Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's claims against Northwestern Regional Adult Detention Center shall be and hereby are **DISMISSED**; the clerk is **DIRECTED** to **TERMINATE** Northwestern Regional Adult Detention Center as a defendant in this case; Plaintiff's requests for injunctive relief against all defendants are **DENIED**. Further, Ebersole's request to terminate Fred Hildebrand[1] is **GRANTED** and his request to substitute defendant "Head Nurse" with defendant Diane Bolinger is **GRANTED**. The Clerk is **DIRECTED** to **TERMINATE** Fred Hildebrand and "Head Nurse" as defendants to this action and **ADD** defendant Diane Bolinger as a defendant.

　　The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff.

　　**ENTER**: This _14th_ day of October, 2009.

_____
United States District Judge

---

[1] The court notes that Ebersole requests to substitute Fred Hildebrand with Bruce Conover as a defendant to this action; however, Conover is already a defendant to this action. Inasmuch as Conover is now the Superintendent, not Assistant Superintendent as he was when this action was filed, the clerk is **DIRECTED** to modify his title on the docket accordingly.